UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>FRANK MENDOZA RIVERA, ELBA MARGARITA RAMOS ALBELO a/k/a ELBA MARGARITA RAMOS ALVELO, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.  Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.  Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of one (1) promissory note that affects the property described further below.

3.   The promissory note mentioned above is for the amount of **$48,000.00**, with annual interest of 5%, subscribed on June 28, 1991. *See Exhibit 1.*

4.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 119.   *See Exhibit 2.*

5.   According to the Property Registry, defendants FRANK MENDOZA RIVERA and ELBA MARGARITA RAMOS ALBELO are the owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Descrita conforme con el documento presentado, según inscripción 1ra, la que para mayor claridad se describe del modo siguiente: RÚSTICA: Situada en el Barrio Hato Viejo, sitio "La Cumbre" del término municipal de Ciales, compuesta de dieciséis cuerdas con noventa centimos de otra (16.90), equivalentes a seis hectáreas, setenta y tres áreas y veinte centiáreas de terreno dedicada a tabaco, pastos y frutos menores, conteniendo dos ranchos de cosecha de tabaco y una casa de concreto y en lindes por el NORTE, con la Sucesión Colón Jiménez; por el SUR, con terrenos de Loreto Colón y Dolores Robles La Luz; por el ESTE, con terrenos de la Sucesión Ginés y Pedro Estela; y por el OESTE, con terrenos de la Sucesión Nieves Báez.
>
> Property 5,941, recorded at page 115 of volume 125 of Ciales, Property Registry of Manatí, Puerto Rico.
>
> *See Title Search attached as Exhibit 3.*

6.  The title search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibit 3.*

7.  Codefendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

8.  It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

9.  The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 4*, the following amounts:

    a) On the $48,000.00 Note:

        1) The sum of $48,000.00, of principal;

2) The sum of $61,304.86, of interest accrued as of September 10, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $6.5753;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

10.   The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

11.   Codefendants FRANK MENDOZA RIVERA and ELBA MARGARITA RAMOS ALBELO are not currently active in the military service for the United States. *See Exhibit 5.*

**VERIFICATION**

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized

4

representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 21 day of October, 2020.

JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)   Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk

6

of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g) For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 21 day of October , 2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL.  787-751-5290
FAX.  787-751-6155
Email: dcfilings@fortuno-law.com

CERTIFIED TRANSLATION

USDA-FmHA
Form FmHA 1940-17
(Rev. 10-89)

## UNITED STATES DEPARTMENT OF AGRICULTURE
### FARMER HOME ADMINISTRATION
### PROMISSORY NOTE

| Name:<br>FRANK MENDOZA RIVEA | County: | KIND OF LOAN<br>Type: FO |
|---|---|---|
| State: PUERTO RICO | County: CIALES | ☐ Regular<br>☒ Limited Resource |
| Case no.<br>63-31-582170777 | Date:<br>06-28-91 | Pursuant to: |
| Fund Code<br><br>41 | Loan no.<br><br>01 | ☒ Consolidated Farm & Rural<br>   Development Act<br>☐ Emergency Agricultural  Credit<br>   Adjustment Act of 1978 |

ACTION REQUIRING NOTE

| | |
|---|---|
| ☐ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☒ Credit sale |
| ☐ Consolidation | ☐ Deferred payments |
| ☐ Conservation easement | ☐ Debt write down |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assigns, at its office in <u>CIALES, PUERTO RICO</u>, or at such other place as the Government may later designate in writing, the principal sum of <u>FORTY EIGHT THOUSAND</u> DOLLARS ($<u>48,000.00</u>), plus interest on the unpaid principal balance at the RATE  of <u>FIVE</u> PERCENT (<u>5</u>%) per annum and _____ dollars ($_____) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE OF INTEREST, in accordance with

regulations of the Farmers Home Administration, not, more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address.  The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in 41 installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| $ 10.00 | on | 01-01-1992 | N/A | on |
| | | N/A | N/A | |
| | N/A | N/A | |
| | N/A | N/A | |

And $2,853.00 thereafter on each year until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid shall, be due and payable forty (40) years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.  Approval of the Government will be given provided the advance is requested for a purpose authorized by the Government.  Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note.  Borrower authorizes the Government to enter the amount(s) and date(s)of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 C.F.R. &1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.  While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any

prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

4

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or reamortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION) AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT: Borrower recognizes that the loan described in this note will be default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or the conversion of wetlands to produce an agricultural commodity as

5

further explained in 7 CFR Part 1940, Subpart G, Exhibit M.  If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995mm and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements.  Furthermore, if the term of the loan exceeds January 1,1995, Borrower further agrees that Borrower must demonstrate prior to January 1,1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any such other instrument shall constitute default under this note. UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured

by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above.  This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are hereby waived.

(SEAL)

(Sgd.) FRANK MENDOZA RIVEA
                                                                    (BORROWER)

(Sgd.) ELBA MARGARITA RAMOS ALVELO
                                                                    (Co- BORROWER)

HC 01 BOX 5240

CIALES, PUERTO RICO 00638

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL  $ | | | | | |

Formulario FmHA 1940-17(S)
(Rev. 10-89)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: __FO__ | ☐ Regular |
| | ☒ Recursos Limitados |
| De acuerdo a: | |
| ☒ Consolidated Farm and Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Nombre | | |
|---|---|---|
| FRANK MENDOZA RIVERA | | |

| Estado | Oficina | ACCION QUE REQUIERE PAGARE |
|---|---|---|
| PUERTO RICO | CIALES | ☐ Préstamo Inicial            ☐ Restructuración |
| Caso Núm. | Fecha | ☐ Préstamo Subsiguiente      ☐ Reamortización |
| 63-31-582170777 | 06-28-91 | ☐ Consolidación y Préstamo   ☐ Consolidación |
| Código de Fondos | Núm. de Préstamo | Subsiguiente                 ☐ Reducción de Deuda |
| 41 | 01 | ☒ Venta a Crédito |
| | | ☐ Pagos Diferidos |
| | | ☐ Servidumbre de Conservación |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en   CIALES, PUERTO RICO

o en otro sitio designado por el Gobierno por escrito, la suma principal de CUARENTA Y OCHO MIL

_____ dólares($48,000.00 ) más intereses sobre el principal adeudado al CINCO

_____ PORCIENTO ( 5 %) anual y   ------   dólares ($ ---- )
de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo") el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en 41 plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| | | | | | |
|---|---|---|---|---|---|
| $ 10.00 | en 01-01 de 19 92 | $ N/A | en | de 19 |
| $ | en N/A de 19 | $ N/A | en | de 19 |
| $ | en N/A de 19 | $ N/A | en | de 19 |
| $ | en N/A de 19 | $ N/A | en | de 19 |
| $ | en N/A de 19 | $ N/A | en | de |
| $ | en N/A de 19 | $ N/A | en | de |

y $ 2,853.00 _____, subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero cuarenta (40) años a la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses para la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos e... ulados o cualquier parte de los mismos, p... n hacerse en cualquier tiempo a opción del Prestatario.  Reembol... y pagos extras, según se definen en los ... amentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agri... ores, de acuerdo con la fuente de los fon... envueltos, después de aborzarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré.  Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido.  La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor.  La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno.  A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración.  Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION):  Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:  El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR.  Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995.  El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administracion de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

FRANK MENDOZA RIVERA (Prestatario)

ELBA MARGARITA RAMOS AVELO (Coprestatario)

(SELLO)

HC 01 Box #5240
(Direccion del Prestatario)
CIALES, PUERTO RICO   00638

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ | |

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
                                                              (Rev. 10-89)

Exhibit 2

Forma FmHA 427-1(S) PR
(Rev. 10-82)

--NUMERO CIENTO DIECINUEVE (119)
NUMBER

HIPOTECA VOLUNTARIA
VOLUNTARY MORTGAGE

En Ciales, Puerto Rico, a los veintiocho (28) días del mes de junio de mil novecientos noventa y uno (1991)
In

ANTE MI
BEFORE ME

CARLOS ROURE SIERRA

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Ciales, Puerto Rico y oficina en Ciales, Puerto Rico
Attorney and Notary Public for the Island of Puerto Rico, with residence in and office in Puerto Rico.

COMPARECEN
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denominados de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales aparecen de dicho párrafo.
The persons named in paragraph TWELFTH of this mortgage hereinafter called the "mortgagor" and whose personal circumstances appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos de su edad, estado civil, profesión y vecindad.
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorgamiento.
They assure me that they are in full enjoyment of their civil rights, and the free administration of their property, and they have, in my judgment, the necessary legal capacity to grant this voluntary mortgage.

EXPONEN
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el párrafo UNDECIMO así como de todos los derechos e intereses en las mismas, denominada de aquí en adelante "los bienes".
FIRST: That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage, and of all rights and interest in the same, hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que se especifican en el párrafo UNDECIMO.
SECOND: That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores, denominado de aquí en adelante el "acreedor hipotecario", en relación con
THIRD: That the mortgagor has become obligated to the United States of America, acting through the Farmers Home Administration, hereinafter called the "mortgagee" in connection with

CARLOS ROURE SIERRA ABOGADO NOTARIO

SECCION MANATI PUERTO RICO

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans, evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sea uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.————
estimated against the property.————

CUARTO: Se sobreentiende que:————
FOURTH: It is understood that:————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————
will be the insured lender.————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————



dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal————

tereses de dicho pagaré.————
and interest.————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————
ments on the note, to be designated the "annual charge".————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————

- 2 -

V. 10-82]

others in connection w    said loan, as well as any benefit

de esta hipoteca y ac     á en su lugar los beneficios del seguro, y a requ    iento
of this mortgage, and will    pt the benefits of such insurance in lieu thereof, and    n the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgage should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgage

cario ceda la presente hipoteca sin el seguro de pago del pagaré, y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in



- 3 -

............. (Tres) del párrafo NOVENO de ..... ..... ..strumento y para asegurar el
subpárrafo (Three) of paragraph NINTH hereof, a..... .. secure the—————————————

cumplimiento de todos y cada uno de los con..... ...s y del deudor hipotecario aquí
performance of every covenant and agreement of the m..... ..agor————————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—————————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or ——————————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest ——————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac-ee-
thereon before and after maturity until paid, losses sustained by the——————————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of ——————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional ———————

adicional especificada en el párrafo NOVENO de este documento.————————————
amounts as specified in paragraph NINTH hereof.—————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————————————————

- 4 -

to the mortgagee here cured and to indemnify and save harmless the mortgage ast any

bajo el seguro del   del pagaré por incumplimiento del deudor   .ecario.
loss under its insurance (   /rment of the note by reason of any default by the mort   r.—

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————————

hipotecario como agente cobrador del tenedor del mismo.————————————————
as collection agent for the holder.——————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ᵣ
and any deliquency charges, now or hereafter required by——————————————

reglamentos de la Administración de Hogares de Agricultores.—————————————
regulations of the Farmer's Home Administration.——————————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————————
by the mortgagee for the account of the mortgagor.——————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del   CINCO————————————————
subparagraph shall bear interest at the rate of——————————————————

——————————————————— por ciento (   5   °/o)—————————
——————————————————— per cent   (   °/o)—————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————
to the mortgagee.——————————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any—————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,—————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————

- 5-

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear int    at the rate

del tipo estipulado en el subpárrafo anter     desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

- 6 -

Form FmHA 427-1(S) PR
(Rev. 10-82)



ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other-------

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out-------------

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time-------

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices----------

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to----------------

tiempo pueda prescribir.---------------------------------------------
time may prescribe.--------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified------------

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor------------------

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it------------------------

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation-------------

ción o al arrendamiento.-----------------------------------------------
or  lease.----------------------------------------------------------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,----------------

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the----

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations-----

que afecten los bienes o su uso.------------------------------------------
affecting the property or its use.---------------------------------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not----

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall----

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened--------

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the---------------------

deudor hipotecario de los convenios de esta hipoteca.---------------------------
mortgagor of the covenants of this mortgage.------------------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession-------

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify------------

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option----------------------



may institute the ...cesarios procedimientos que ... en necesarios en defensa de sus
the necessary proceedings in defense of ...

intereses y los gastos y desembolsos incurrido p... acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortg... by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.——————————————
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced



...ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——

...n el orden y manera que el acreedor hipotecario determinare.——————————
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————

...ipotecario puede obtener un préstamo de una asociación de crédito para produc-
...ay be able to obtain a loan from a credit association for production——

...ón, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
Federal Bank or other responsible source, cooperative or private, at a——

...po de interés y términos razonables para préstamos por tiempo y propósitos
...te of interest and reasonable periods of time and purposes,——————

...milares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
...rtgagor, at mortgagee's request will apply for and accept——

...aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
...d loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

...ias en la agencia cooperativa en relación con dicho préstamo.——————————
...rchase any necessary shares of stock in the cooperative agency in regard to said loan.——

...ieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
...teen) Should default occur in the performance or discharge of any obligation secured——

... esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
his mortgage, or should mortgagor, or any one of the persons herein called——

...dor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
...tgagor, default in the payment of any amounts or violate or fail to comply——

...cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
...any clause, condition, stipulation, covenant, or agreement contained herein,——

...n cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
...any supplementary agreement, or die or be declared an

...mpetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
...mpetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——

- 8 -

(Rev. 10-82)



dores, o los bie... parte de ellos o cualquier interés en los mismos f...n, cedidos,
creditors, or should ...roperty or any part thereof or interest therein be assig...

vendidos, arrend..., transferidos o gravados voluntariamente o ...tro modo,
sold, leased, transfe..., conveyed, or encumbered, voluntarily or otherwise, ...

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————————
request the protection of the law.———————————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————————

rarios de abogado.——————————————————————————————
attorney's fees.————————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios; y sin afectar la respon-
obligation herein set forth, and without affecting the liability————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at ——————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation·———————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————————————

· 9 ·

negociar con el deudor hipotecario o concele al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————

indulgencia o tolerancia o extensión de tiemp ra el pago del pagaré (con el
indulgence or forbearance or extension of the time for pa ent of the note (with the—

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or—————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————

dichos bienes.————————————————————————————————————
said property.———

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.—————
in or to the lien or any benefits herein contained.—

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held—————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,———————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————————

constituirá incumplimiento de esta hipoteca.———————————————————
constitute default hereunder.———

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,———————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,———

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated—————

específica más adelante.————————————————————————————
hereinafter.———

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————



- 10 -



(Rev. 10-82)

el importe ... cualquier sentencia obtenido por expropiación ... usa para uso
the amount of a... ...dgment obtained by reason of condemnation proceeding... ...public --------

público de lo... ...nes o parte de ellos así como también el impor... ...de la sentencia
use of the property or any part thereof as well as the amount of any judgment-----------------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so-----------------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment-----

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this---------------------------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.------
mortgage, and if any amount then remains, will pay such amount to mortgagor.---------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case------------------------------

de ejecución de esta hipoteca; de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,------------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount------------------------

de  CUARENTA Y OCHO MIL DOLARES ($48,000.00)-----------
of  ------------------------------------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be---------------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the-----

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations------------------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the--------------------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and the----

y aseguramiento del préstamo antes mencionado.---------------
insuring of the loan herein... ...fore mentioned.--------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:-------
NINTH: The amounts guaranteed by this mortgage are as follows:-----------------------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of------------------------

esta hipoteca sea poseído por el acreedor hipotecario o cuando aquel acreedor
this mortgage is held by mortgagee, or in the event mortgagee-----------------------------

hipotecario cediere esta hipoteca sin asegurar el pagaré: CUARENTA Y OCHO---
should assign this mortgage without insurance of the note,  ---------------------------

MIL--------------------------------------DOLARES ($48,000.00 )
---------------------------------------DOLLARS  (---------------

el principal de dicho pagaré, con sus intereses según estipulados a razón del CINCO
the principal amount of said note, together with interest as stipulated therein at the rate of.----

----------------------------------- por ciento (     5    %) anual;
----------------------------------- per cent  (_____ %/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es pose´´ por un prestamista asegurado:
Two. At all times when said note is held by an insured ler

(A) CUARENTA Y OCHO MIL——————————————————————————
(A) ——————————————————————————————————————————

————————————————————————————DOLARES ($ 48,000.00
——————————————————————————————DOLLARS ($——————————

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender——— ————————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos segur
by reason of mortgagor's failure to pay the installments as——————————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————————————

Tercero;——————————————————————————————————————————
Three;——————————————————————————————————————————

(B) SETENTA Y DOS MIL——————————————————————————————
(B) ——————————————————————————————————————————————

————————————————————— DOLARES ($72,000.00——
——————————————————————— DOLLARS ($——————————

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————————————

sufrir bajo su seguro de pago del pagaré.———————————————————————
sustain under its insurance of payment of the note;——————————————————

Tres. En cualquier caso y en todo tiempo;————————————————————————
Three. In any event and at all times whatsoever;——————————————————

(A) DIECINUEVE MIL DOCIENTOS DOLARES—————————————————
(A) ——————————————————————————————————————————————

($19,200.00——————) para intereses después de mora:————————————————
($————————————————) for default interest;————————————————————

(B) NUEVE MIL SEISCIENTOS DOLARES—————————————————————
(B) ——————————————————————————————————————————————

( $9,600.00——————) para contribuciones, seguro y otros adelantos para la con-
(——————————————————) for taxes, insurance and other advances for the preservation;——

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph————————

SEXTO, Tercero;——————————————————————————————————————
SIXTH, Three;——————————————————————————————————————

(C) CUATRO MIL OCHOCIENTOS DOLARES——————————————————————
(C) ——————————————————————————————————————————————

($ 4,800.00——————————) para costas, gastos y honorarios de abogado en caso
($ ——————————————) for costs, expenses and attorney's fees in case——— ————————

de ejecución;————————————————————————————————————————
of foreclosure:————————————————————————————————————————

(D) CUATRO MIL OCHOCIENTOS DOLARES——————————————————————
(D) ——————————————————————————————————————————————

($ 4,800.00——————) para costas y gastos que incurriere el acreedor hipoteca-
($ ——————————————) for costs and expenditures incurred by the mortgagee in————

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with——

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as——————————

se consigna en el párrafo SEXTO, Trece.——————————————————————
provided in paragraph (SIXTH, Thirteen.——————————————————————



- 12 -

DECIMO: Que ~~~ ~s) pagaré(s) a que se hace referencia en el párra    ERCERO
TENTH: That the    ) referred to in paragraph THIRD----------------

de esta hipoteca,  (son) descrito(s) como sigue:----------    --------
of this mortgage is(are) described as follows:----------------

"Pagaré otorgado en el caso número**sesenta y tres guión treinta y-**
"Promissory note executed in case number ---------------------------
**uno guión cinco ochenta y dos diecisiete cero siete--**
**setenta y siete**----------------------------------------------
(63-31-582170777)----------------------fechado el día **Veinti-**
-------------------------------------- dated the-------------

**ocho (28)----- de    junio**------------de mil novecientos-----
--------------------- day of _____ nineteen hundred and---------

**noventa y uno (1991)---** por la suma de CUARENTA Y OCHO MIL
---------------------- in the amount of-----------------------

**($48,000.00)-------------------------** dólares de principal más
-------------------------------------- of principal plus-------

intereses sobre el balance del principal adeudado a razón del CINCO-----------
interest over the unpaid balance at the rate of --------------------

------------------------------{ 5%----------} por ciento anual,
------------------------------{    ---------} percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,---------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed---------

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the---

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ----------------

a los **cuarenta (40)**--------------------------------------
and payable ----------------------------------------------

años de la fecha de este pagaré.-------------------------------
years from the date of this promissory note.------------------

Dicho pagaré ha sido otorgado como evidencia de un Préstamo concedido por el
Said promissory note is given as evidence of a loan made by the-------------

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United-----

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act"------

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as--------------

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers---------------

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the ---------

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.---------------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.----

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which----------------

constituye Hipoteca Voluntaria, se describe como sigue:---------------------
voluntary mortgage is constituted, is described as follows:-----------------



- 13 -

---"RUSTICA: Situada ?? ?l barrio Hato Viejo, sitio "LA CUMBRE"--
del término municipal de Ciales, Puerto Rico, compuesta de DIECI--
SEIS CUERDAS CON NOVENTA CENTIMOS DE OTRA (16.90), equivalentes a
seis hectáreas, setenta y tres áreas y veinte centiáreas de terreno
dedicada a tabaco, pasto y frutos menores, conteniendo dos ranchos
de cosecha de tabaco y una casa de concreto y en lindes por el------
NORTE con la Sucesión Colón Jiménez; por el SUR con terrenos de--
Loreto Colón y Dolores Robles La Luz; por el ESTE con terrenos de
la Sucesión Ginés y Pedro Estela y por el OESTE con terrenos de-
la Sucesión Nieves Báez".-------------------------------------

---Inscrita al folio ciento dieciocho (118) del tomo ciento veinti-
cincó (125) de Ciales, finca número cinco mil novecientos cuarenta
y uno (5,941).------------------------------------------------

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

Adquirió el prestatario la descrita finca por compra a Los Estados Unidos
Borrower acquired the described property by ---

de América, por conducto de Farmers Home Administration

según consta de la Escritura Número ciento dieciocho (118)--------
pursuant to Deed Number-

de fecha  veintiocho (28) de junio de mil novecientos-----
dated -------------------------------------------------------

noventa y uno (1991)-----------------------------------------

otorgada en la ciudad de  Arecibo, Puerto Rico---------------
executed in the city of -------------------------------------

ante el Notario  Carlos Roure Sierra-------------------------
before Notary -----------------------------------------------

Dicha propiedad se encuentra  libre de cargas y gravámenes.----
Said property is -------------------------------------------

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ---------

carios DON FRANK MENDOZA RIVERA, Seguro Social Número-----
are ▓▓▓▓▓▓▓ y DOÑA ELBA MARGARITA RAMOS ALBELO, Seguro
Social Número ▓▓▓▓▓▓▓ ,mayores de edad, casados en-
tre sí, propietarios y vecinos de Ciales, Puerto Rico.-

cuya dirección postal es: HC 01 Box #5240, Bo. Jaguas,---------
whose postal address is:-------------------------------------

Ciales, Puerto Rico   00638.--------------------------------

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-----



... fines agrícolas ... la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes ... the construction and/or repair or improvement of the ph...

físicas en la finca(s ...crita(s),———————————————————————————
installations on the d...ed farm(s).——————————————————————

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure————

tura que haya sido construida, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless—

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as———————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to———

ejecución de la hipoteca,————————————————————————————
the foreclosure of the mortgage.——————————————————————

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes,————————————
owners or by their assignees or successors.——————————————————

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and se...

y solidariamente por sí y a nombre de sus herederos, causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or———————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future———————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31——

L.P.R.A. 1851)-——————————————————————————————
L.P.R.A. 1851).——————————————————————————

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any———————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——



- 15 -

fondos del préstamo aquí garantizado, se consi á e interpretará como parte
funds of the loan herein guaranteed, will be considered understood to form part ------ --

de la propiedad gravada por esta Hipoteca.------ --- ------ ------ ------ ---
of the property encumbered by this Mortgage.------ ------ ------ ------ ---

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move---

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty   --   ------ ---

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will------ ------ ------ ---

notificará por escrito al Supervisor Local.------ ------ ------ ------ ---
notify it in writing to the County Supervisor.------ ------ ------ ------ ---

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed------ ------

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous---- --

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations------ ------ ---

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and ------ ------ ---

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern------ ------

estos tipos de préstamos.------ ------ ------ ------ ------ ------ ---
these types of loans.------ ------ ------ ------ ------ ------

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of------ ------ ------ ---

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the------ ------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two------ ------ ------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)-----
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)------ ------ ------

---VIGESIMO PRIMERO:  Por tratarse éste de un préstamo-

de recursos limitados, según indicado en el Pagaré, el-

Gobierno puede cambiar el porciento de interés de------

acuerdo a los reglamentos de la ADMINISTRACION DE------

HOGARES PARA AGRICULTORES.------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---

------ ------ ------ ------ ------ ------ ------ ---



16

El (los) compareci        ACEPTAN esta escritura en la forma redactad:        vez
The appearing party (      s) ACCEPT(S) this deed in the manner drawn once------

Yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.------
I advised him (them).------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES------

FE de todo el contenido de esta escritura.------
FAITH to everything contained in this deed.------

FIRMADOS: FRANK MENDOZA RIVERA------
          ELBA MARGARITA RAMOS ALBELO------

FIRMADO SIGNADO SELLADO Y RUBRICADO
CARLOS ROURE SIERRA NOTARIO PUBLICO.

APARECE     a       de   os  proponentes y la
Rubrica   . Notario Au de zante a       de cada
Fono y hay adosado, el sello     impuesto notarial
del Colegio de Abogados de Puerto Rico estando
exento este instrumento Público del pago de sellos de
Rentas Internas.

La original de ésta escritura consta de 17 fólios.

CONCUERDA FIEL Y EXACTAMENTE con el original
de su contenido, a que me remito, que es la escritura
número ____119____ obrante en el protocolo de esta
notaría correspondiente al año __1991__.

EN FE de ello, y a petición de __Los Estados Unidos__
__de América__, libro la presente  primera  co-
pia certificada, la cual firmo, signo, sello y rubrico
en ____Ciales____ Puerto Rico, el mismo
día de su otorgamiento.

                              NOTARIO PUBLICO

17

REGISTRADO AL
Folio 220
Tomo 39 de lu 30
Finca # 5941   Inscripción 3a

Manatí, P. R. a 3 de Abril 1991,
se halla afecta a
hipoteca que se constituye
por este título.

Sin Derechos
Joly



11/18/91

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married
and resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of
the original document which I have under my
custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

CERTIFIED TRANSLATION

TRANSLATOR'S NOTE:

The following is the Spanish language portion of the Form FmHA 427-1(S) PR (Rev. 10-82).

NUMBER ONE HUNDRED NINETEEN (119)

In city of Ciales, Puerto Rico, on 28th day of June, 1991. (Page 1)

FORTY EIGHT THOUSAND DOLLARS  (Page 11)

FIVE (5%).  (Page 11)

FORTY EIGHT THOUSAND DOLLARS  (Page 12)

SEVENTY TWO THOUSAND DOLLARS (Page 12)

NINETEEN THOUSAND DOLLARS (Page 12)

NINE THOUSAND DOLLARS (Page 12)

FOUR THOUSAND DOLLARS (Page 12)

SIXTY-THREE DASH THIRTY-ONE DASH FIVE EIGHTY-TWO SEVENTEEN ZERO SEVEN SEVENTY-SEVEN.  (PAGE 13)

June 28, 1991 (Page 13)

FORTY EIGHT THOUSAND DOLLARS  (Page 13)

FIVE (5%)  (Page 13)

Forty (Page 13)

Voluntary Mortgage is constituted, is describe as follows:

> "RURAL: Located at Hato Viejo Ward, located at "LA CUMBRE" municipality of Ciales, Puerto Rico, comprised by 16.90 cuerdas, equivalent to 6 hectares, 63 areas and 20 centiares of land devoted to tobacco, feeds and a concrete house, and bound by the NORTH with the Estate of Colón Jiménez; by the SOUTH with lands of Loreto Colón and Dolores Robles La Luz; y the EAST with lands of the Estate of

Ginés and Pedro Estela and by the WEST, with lands from the Estate of Nieves Báez".

Registered on page 118 of volume 125 of Ciales, lot # 5,941.

Borrower acquired the described property by purchase of the United States of America, through Farmers Home Administration pursuant to Deed Number One Hundred Eighteen (118) dated June 28, 1991.

Said Property is free of liens and encumbrance.

The parties appearing in the present deed as Mortgagors DON FRANK MENDOZA, Social Security No. 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 and DOÑA ELBA MARGARITA RAMOS ALVELO, Social Security No. 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, of legal age, married to each other, owners and residents of Ciales, Puerto Rico, whose postal address is HC 01 Box 5240, Jaguas Ward, Ciales, Puerto Rico 00638.

TWENTY-FIRST:   This being a limited resources loan, as indicated on the Note, the Government may change the rate of interest in accordance to the regulations of the FARMERS' HOME ADMINISTRATION.

SIGNED, SEALED, FLOURISHED AND RUBRICATED. CARLOS ROURE SIERRA, NOTARY PUBLIC

The initials of the appearing parties and the flourish of the Notary Public appear on each of the pages, and the Notary Tax stamp appears cancelled being this document exempt from paying Internal Revenue Stamps.

The original of this deed has 17 pages.

THIS IS A TRUE AND ACCURATE copy of its original, to which I submit, which is deed # 119, appearing in the protocol of this Notary Office corresponding to the year 1991.

I SO ATTEST and by request from the U.S.A., I issue this first certified copy, which I sign, seal and flourish in Ciales, Puerto Rico on the same day of its granting.

<div align="center">

(sgd.) Illegible

Notary Public

</div>

(CANCELLED NOTARY TAX)

HANDWRITTEN:

Registered on Page220, Volume 239, of Ciales, Lot # 5941, 8th registration. Manati, PR, on September 13, 1991.

It is encumbered by the mortgage constituted herein.

No fees          (sgd.) Illegible
Yoly             Reg.

(sgd.) Illegible 11/18/91

(OFFICIAL SEAL OF THE REAL ESTATE REGISTRY, MANATI SECTION)

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudio@eagletitlepr.com

**CLIENT: FRANK MENDOZA RIVERA**    **REF: 1521.237**
**BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 5,941, recorded at page 115 of volume 125 of Ciales, Registry of the Property of Manatí, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**
**RÚSTICA:** Descrita conforme con el documento presentado, según inscripción 1ra, la que para mayor claridad se describe del modo siguiente: **RÚSTICA:** Situada en el Barrio Hato Viejo, sitio "La Cumbre" del término municipal de Ciales, compuesta de **dieciséis cuerdas con noventa centimos de otra (16.90), equivalentes a seis hectáreas, setenta y tres áreas y veinte centiáreas** de terreno dedicada a tabaco, pastos y frutos menores, conteniendo dos ranchos de cosecha de tabaco y una casa de concreto y en lindes por el **NORTE**, con la Sucesión Colón Jiménez; por el **SUR**, con terrenos de Loreto Colón y Dolores Robles La Luz; por el **ESTE**, con terrenos de la Sucesión Ginés y Pedro Estela; y por el **OESTE**, con terrenos de la Sucesión Nieves Báez.

**ORIGIN:   File domain**

**TITLE:**
This property is registered in favor of FRANK MENDOZA RIVERA and his wife ELBA MARGARITA RAMOS ALBELO, who acquired it by purchase from United States of America, at a price of $48,000.00, pursuant to deed #118, executed in Arecibo, Puerto Rico, on June 28, 1991, before Carlos Roure Sierra Notary Public, recorded at page 220 of volume 239 of Ciales, property number 5,941, 8th and last inscription.
**Presented on July 10, 1991**
**Recorded on September 13, 1991**

**LIENS AND ENCUMBRANCES:**
I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Frank Mendoza Rivera and his wife Elba Margarita Ramos Albelo, in favor of United States of America, in the original principal amount of $48,000.00, with 5% annual interests, due on 40 years, constituted by deed #119, executed in Arecibo, Puerto Rico, on June 28, 1991, before Carlos Roure Sierra Notary Public, recorded at page 220 of volume 239 of Ciales, property number 5,941, 8th and last inscription.
**Presented on July 10, 1991**
**Recorded on September 13, 1991**

**REVIEWED:**
Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to December 6th, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

mcr/dm/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on December 6th, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 9 day of September of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4274.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 9 day of September of 2020.

_____
NOTARY PUBLIC

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Mendoza Rivera, Frank          Case No:     63-031-0777

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*     **September 10, 2020**

| Loan Number | | 41-01 |
|---|---|---|
| Note Amount | $ | 48,000.00 |
| Original Note Date | | 6/28/1991 |
| Date of Last Payment | | 3/16/2020 Offset |
| Principal Balance | $ | 48,000.00 |
| Unpaid Interest | $ | 61,304.86 |
| Misc. Charges | $ | - |
| Total Balance | $ | 109,304.86 |
| Daily Interest Accrual | $ | 6.5753 |
| Amount Delinquent | $ | 71,112.28 |
| Years Delinquent | | 24 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

Department of Defense Manpower Data Center

SCRA 5.6

Exhibit 5



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-0777 |
| Birth Date: | |
| Last Name: | MENDOZA RIVERA |
| First Name: | FRANK |
| Middle Name: | |
| Status As Of: | Sep-16-2020 |
| Certificate ID: | 1YHS021DYC2L4Z7 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-16-2020 07:07:41 AM

SCRA 5.6



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:            XXX-XX-6965
Birth Date:
Last Name:      RAMOS ALBELO
First Name:     ELBA
Middle Name:    MARGARITA
Status As Of:   Sep-16-2020
Certificate ID: 7WSFK4QKSPNLJ34

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seca, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

<table>
<tr><td>UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>FRANK MENDOZA RIVERA, ELBA MARGARITA RAMOS ALBELO; ET ALS.<br>_____<br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.<br><br>Foreclosure of Mortgage</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FRANK MENDOZA RIVERA

Calle A #12, Manatí, P.R. 00674; St. Rd. 632, Km. 3.9, Hato Viejo, Ciales, P.R. 00638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| | ) | Foreclosure of Mortgage |
| FRANK MENDOZA RIVERA, ELBA MARGARITA RAMOS ALBELO; ET ALS. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ELBA MARGARITA RAMOS ALBELO

HC-01, Box 5240, Bo. Jaguas, Ciales, P.R. 00638; St. Rd. 632, Km. 3.9, Hato Viejo, Ciales, P.R. 006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| | ) | Foreclosure of Mortgage |
| FRANK MENDOZA RIVERA, ELBA MARGARITA RAMOS ALBELO; ET ALS. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CONJUGAL PARTNERSHIP MENDOZA-RAMOS

HC-01, Box 5240, Bo. Jaguas, Ciales, P.R. 00638; St. Rd. 632, Km. 3.9, Hato Viejo, Ciales, P.R. 006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

| | |
|---|---|
| Attorney Name (Last, First, MI): | Fortuño, Juan Carlos |
| USDC-PR Bar Number: | 211913 |
| Email Address: | jcfortuno@fortuno-law.com |

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff: UNITED STATES OF AMERICA, acting through the USDA

   Defendant: FRANK MENDOZA RIVERA, ELBA MARGARITA RAMOS ALBELO; ET ALS.

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3. Indicate the title and number of related cases (if any).

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes

   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes

   ☒ No

6. Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes

   ☒ No

Date Submitted:

rev. Dec. 2009

Print Form     Reset Form

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | FRANK MENDOZA RIVERA, ELBA MARGARITA RAMOS ALBELO, et als. |
| **(b)** County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Ciales, P.R. <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* <br> Juan C. Fortuño Fas <br> Po Box 9300 San Juan, PR 00908 <br> Tel. 787-751-5290 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 2   U.S. Government Defendant

☐ 3   Federal Question *(U.S. Government Not a Party)*

☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated New Drug Application <br> ☐ 840 Trademark | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 485 Telephone Consumer Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☒ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - Product Liability <br> ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability <br><br> **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 448 Education | **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Management Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement Income Security Act <br><br> **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement <br><br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration Actions | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br><br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 109,304.86

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____